■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALFREDO SANZ, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Westchester County (Herold, J.), rendered November 16, 1987.

Ordered that the judgment is affirmed (see, People v Kazepis, 101 AD2d 816).

We have considered the defendant's contention that the sentence imposed constitutes cruel and unusual punishment and find it to be without merit. Mangano, J. P., Bracken, Eiber, Spatt and Sullivan, JJ., concur.